# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HOWARD COHAN,

    Plaintiff,

v.

ALDI INC. (MICHIGAN),

    Defendant.

_____/

Case No. 18-cv-12078-GAD-RSW

Hon. Gershwin A. Drain

Magistrate Judge R. Steven Whalen

## STIPULATION OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of all claims in this action with prejudice.

Stipulated by:

| | |
|---|---|
| */s/ George T. Blackmore* | */s/ Christian C. Antkowiak* |
| George T. Blackmore (P76942) | Christian C. Antkowiak (P27305) |
| BLACKMORE LAW PLC | PA ID No. 209231 |
| 21411 Civic Center Drive, Suite 200 | One Oxford Centre |
| Southfield, MI 48076 | 301 Grant Street, 20th Floor |
| T: (248) 845-8594 | Pittsburgh, PA 15219 |
| F: (855) 744-4419 | Phone: 412-562-8800 |
| E: george@blackmorelawplc.com | Fax: 412-562-1041 |
| *Counsel for Plaintiff* | christian.antkowiak@bipc.com |
| | *Counsel for Defendant* |

Dated: May 30, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all registered CM/ECF participants.

*/s/ George T. Blackmore*
George T. Blackmore